IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT GERMACK<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY d/b/a UNUM<br><br>Defendant, | C.A. No. 22-119 RGA<br><br>STIPULATION OF DISMISSAL |

## STIPULATION OF DISMISSAL

It is hereby STIPULATED and AGREED by and between Plaintiff, Robert Germack through his counsel, and Defendant, Provident Life and Accident Insurance Company, through its counsel, and subject to the approval of the Court, that all claims against Defendant in the above captioned action are hereby **DISMISSED WITH PREJUDICE** with each party to bear their own costs and attorneys' fees.

ROSEN MOSS SNYDER LLP

*/s/ Marc H. Snyder*

**MARC H. SNYDER**
501 Silverside Road
#33
Wilmington, DE 19809
*Attorney for Plaintiff, Robert Germack*

WHITE AND WILLIAMS LLP

*/s/ Christian Singewald*

**CHRISTIAN SINGEWALD**
Courthouse Square
600 N. King Street, Suite 800
Wilmington, DE 19801
*Attorney for Provident Life and Accident Insurance Company*

29274054v.1

**ROBERT T. PINDULIC**
(admitted pro hac vice)
One Riverfront Plaza
1037 Raymond Blvd, Suite 230
Newark, NJ 07102

**SO ORDERED** this ___22nd___ day of August, 2022

/s/ Richard G. Andrews
_____
UNITED STATES DISTRICT JUDGE
RICHARD G. ANDREWS

29274054v.1